**STATE of Missouri, Respondent,**

v.

**Tavares Q. BLACK, Appellant.**

**No. WD 62476.**

Missouri Court of Appeals,
Western District.

June 29, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 31, 2004.

Application for Transfer Denied
Oct. 26, 2004.

Craig A. Johnston, Columbia, MO, for Appellant.

Deborah Daniels, Esq., Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., EDWIN H. SMITH and HOWARD, JJ.

**ORDER**

PER CURIAM.

Appellant was convicted of possession of cocaine. His sole point on appeal chal-

lenges the trial court's denial of his motion to suppress. Affirmed. Rule 30.25(b).